IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02064-REB-MEH

JOHN AND BRENDA NICHOLAS, individually and as successors in interest to
THE ESTATE OF DEMETRIOS JOHN NICHOLAS, deceased,

      Plaintiffs,

vs.

RICHARD B. BOYD,
ROBERT ALLEN,
HAROLD CHEUVRONT, and
ROBERT FRANCISCO,

      Defendants.
_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2006.**

      For good cause shown, and no objection having been filed, Plaintiffs' Motion to Extend Time to Amend Complaint [<u>Filed May 26, 2006; Docket #16</u>] is **granted.** The deadline for amendment of pleadings in this case shall hereafter be July 31, 2006. All other case management deadlines as set forth in the Scheduling Order filed on January 26, 2006 (Docket #13) shall remain in full force and effect.