**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02064-REB-MEH

JOHN AND BRENDA NICHOLAS, individually and as successors in interest to THE ESTATE OF DEMETRIOS JOHN NICHOLAS, deceased,

    Plaintiffs,

v.

RICHARD B. BOYD,
ROBERT ALLEN,
HAROLD CHEUVRONT, and
ROBERT FRANCISCO,

    Defendants.

---

## MINUTE ORDER [1]

---

    The matter before the court is **Plaintiffs' Unopposed Motion for Relief from Page Limitation to Respond to Defendants' Motion for Summary Judgment and Motion to File Brief Out of Time** [#56], filed January 9, 2007, is **DENIED** in part, and **GRANTED** in part. The motion for relief from page limitation is **DENIED**. However, plaintiffs shall have until **January 12, 2007**, in which to file their brief in opposition to the motion for summary judgment in compliance with this court's practice standard.

Dated: January 9, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.