**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02064-REB-MEH

JOHN AND BRENDA NICHOLAS, individually and as successors in interest to THE ESTATE OF DEMETRIOS JOHN NICHOLAS, deceased,

    Plaintiffs,

v.

RICHARD B. BOYD,
ROBERT ALLEN,
HAROLD CHEUVRONT, and
ROBERT FRANCISCO,

    Defendants.

---

## MINUTE ORDER [1]

---

    The matter before the court is defendants' **Motion for Clarification of Date and/or Extension of Time** [#61], filed January 24, 2007. Said motion is **GRANTED**. Defendants shall file their reply to plaintiffs' response to the defendants' motion for summary judgment by **January 29, 2007**.

Dated: January 25, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.