IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-02064-REB-MEH         Date:  March 21, 2007
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom A601**

| | |
|---|---|
| JOHN NICHOLAS, individually and for the Estate of Demetrios John Nicholas; BRENDA NICHOLAS, individually and for the Estate of Demetrios John Nicholas; | W. Dan Mahoney |
| Plaintiff(s); | |
| vs. | |
| RICHARD M. BOYD, ROBERT ALLEN, HAROLD CHEUVRONT; and ROBERT FRANCISCO; | Friedrick Haines Elizabeth McCann |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**    9:23 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion for Leave to Take Depositions for use at Trial of Unavailable Witnesses (Doc. #66, filed 3/14/07).

**ORDERED:**   For reasons stated on the record, Defendants' Motion for Leave to Take Depositions for use at Trial of Unavailable Witnesses (Doc. #66, filed 3/14/07) is GRANTED.  Defendants will pay all costs, excluding attorneys' fees, incurred in the taking of the depositions of the witnesses.

**Court in recess:**       9:36 a.m.  (Hearing concluded)
**Total time in court:**  0:13